# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** James Cho | **DATE:** 3/27/2026 |

**CLERK:** D. Wright

| | |
|---|---|
| **DOCKET #:** 24 CR 462(EK) | **LOG TIME:** 11:50am-12:08pm |

**DEFENDANTS NAME:** Elkin Alomia Quinones

____ Present ____ Not Present ____ Custody ____ Bail

**DEFENSE COUNSEL:** Michelle Gelernt

| **x** Court Appointed | **x** Federal Defender | ____ CJA | ____ Retained |
|---|---|---|---|

**DEFENDANTS NAME:** Luis Alberto Arboleda Escobar

**x** Present ____ Not Present **x** Custody ____ Bail

**DEFENSE COUNSEL:** Nicholas Smith

| **x** Court Appointed | ____ Federal Defender | **x** CJA | ____ Retained |
|---|---|---|---|

**DEFENDANTS NAME:** Edwin Obregon Castro

**x** Present ____ Not Present **x** Custody ____ Bail

**DEFENSE COUNSEL:** Donald DuBoulay

| **x** Court Appointed | ____ Federal Defender | **x** CJA | ____ Retained |
|---|---|---|---|

**A.U.S.A:** Kathrine Onyshko

| | |
|---|---|
| **INTERPRETER:** Mario Michelena & Nicolas Penchaszadeh | **LANGUAGE:** |

Defendant arraigned on the: ___ Complaint **x** Indictment ___ Superseding Indictment ___ Probation Violation

| | |
|---|---|
| **x** Defendant pleads NOT GUILTY to ALL counts. | **x** Defendants first appearance. |
| ____ Government Agent Sworn | **x** Rule 5f warnings given to the govt. |
| ____ DETENTION HEARING Held. | **x** BAIL HEARING Held. |

____ Bond set at $

**Defendant:** ___ released ___ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody. ____ Leave to reopen granted.

| | |
|---|---|
| ____ Temporary Order of Detention Issued. | ____ Bail Hearing set for |
| ____ Preliminary Hearing set for | ____ Preliminary Hearing waived by defendant |

**x** At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| **x** Order of Excludable Delay/Speedy Trial entered. | Start Date: 3/27/2026 | End Date: 4/24/2026 |
|---|---|---|

| | |
|---|---|
| **Removal District:** | **Removal District Case Number:** |

____ Removal (Rule 5) Proceeding held.

| | |
|---|---|
| ____ Identity hearing held | **Court:** ____ Orders removal ____ Denies Removal |
| ____ Defendant waives Identity hearing | ____ Defendant waives Preliminary hearing |

____ No bail application presented to the court. Commitment to the District entered.

____ Medical memo issued.

____ Defendant failed to appear; bench warrant issued.

**x** Status conference set for **4/24/2026** @ **10:45am** before District Judge: Komitee

**Other Rulings:** The government opposed bail for reasons stated on the record. At this time defense counsel did not have a bail application to present. Order of detention entered.